Howard Elisofon, Esq.
John Oleske, Esq.
Attorneys for Dominick & Dominick LLC
Herrick, Feinstein LLP
2 Park Avenue
New York, New York 10016
Tel: (212) 592-1400
Email: helisofon@herrick.com

**Document Electronically Filed**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
RONALD AHLEGIAN and PAUL BEATTY,

               Plaintiffs,

               -against-

DOMINICK & DOMINICK LLC, KEVIN P. MURPHY, ANTHONY S. CORBETT, P. CHRISTIAN BREVIG and MICHAEL J. CAMPBELL,

               Defendants.
------------------------------------------------------------

Docket No. 09 Civ. 0353 (NRB)

**NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

**PLEASE TAKE NOTICE** that Defendant Dominick & Dominick LLC ("D&D"), by its attorneys Herrick, Feinstein LLP, shall move, before the Honorable Naomi Riece Buchwald, U.S.D.J., United States Courthouse, Room 21A, 500 Pearl Street, New York, New York, 10007, for the entry of an Order pursuant to Fed R. Civ. P. 12(b)(6) dismissing the complaint in its entirety on the grounds that it fails to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiff shall rely upon the this Notice of Motion and the accompanying Memorandum of Law.

Dated: New York, New York
       June 9, 2009

                              HERRICK, FEINSTEIN LLP

                  By: _____/s/_____
                              Howard Elisofon
                              John Oleske
                              2 Park Avenue
                              New York, New York  10016
                              Telephone:  212-592-1400
                              helisofon@herrick.com
                              joleske@herrick.com
                              *Attorneys for Defendant*
                              *Dominick & Dominick LLC*